IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **ERNEST TAYLOR,** | ) | |
| | ) | |
| **Petitioner/Defendant,** | ) | |
| | ) | **CIVIL NO. 01-CV-4164-JPG** |
| vs. | ) | |
| | ) | **CRIMINAL NO. 98-CR-40119** |
| **UNITED STATES of AMERICA ,** | ) | |
| | ) | |
| **Respondent/Plaintiff.** | ) | |

## JUDGMENT

Following a remand from the Seventh Circuit, this action once again came before the Court for a ruling on Petitioner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255, this time to consider grounds raised in supplements and amendments filed long after the original motion was filed.  The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** that the motion is once again **DENIED**, and this action is, once again, summarily **DISMISSED** with prejudice.  Judgment is entered in favor of Respondent and against Petitioner.  Petitioner is to take nothing from this action.

| | | |
|---|---|---|
| August 16, 2005 | By: | **s/ J. Phil Gilbert** |
| *Date* | | *District Judge* |